United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-01957-RNO
Barry L. Wagner  Chapter 7
Linda K. Wagner
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: admin     Page 1 of 3
Date Rcvd: Oct 08, 2020     Form ID: 318     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry L. Wagner, Linda K. Wagner, 309 S. Centre St, Philipsburg, PA 16866-1741 |
| 5339395 | + | First National Bank of Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103-0128 |
| 5339398 | + | Law Offices of Frederic I. Weinberg, 372 E. Elm St., Suite 210, Conshohocken, PA 19428-1909 |
| 5339400 | | Mount Nittany Medical Center, P.O. Box 1259, State College, PA 16804-1259 |
| 5339401 | | Mr. Cooper, P.O. Box 650783, Dallas, TX 75265-0783 |
| 5339402 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |
| 5339404 | + | Radius Global Solutions, LLC, PO Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 5339405 | | Subaru Motors Finance, P.O. Box 78058, Phoenix, AZ 85062-8058 |
| 5339406 | | Subaru Motors Finance, Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 08 2020 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5339385 | + | EDI: AMEREXPR.COM | Oct 08 2020 22:58:00 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 5339386 | + | EDI: BANKAMER.COM | Oct 08 2020 22:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5339387 | + | EDI: TSYS2.COM | Oct 08 2020 22:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 5339391 | + | EDI: CITICORP.COM | Oct 08 2020 22:58:00 | Citi/Sears, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5339392 | + | EDI: CITICORP.COM | Oct 08 2020 22:58:00 | Citibank, Attn: Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 5339393 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 08 2020 18:57:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5339394 | | EDI: CITICORP.COM | Oct 08 2020 22:58:00 | Department Store National Bank/Macy, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040 |
| 5339396 | | EDI: JPMORGANCHASE | Oct 08 2020 22:58:00 | JP Morgan Chase Bank, N.A., Attn: Bankruptcy Research Dept, 3415 Vision Dr, Columbus, OH 43219 |
| 5339390 | | EDI: JPMORGANCHASE | Oct 08 2020 22:58:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5339388 | | EDI: JPMORGANCHASE | Oct 08 2020 22:58:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 5339389 | | EDI: JPMORGANCHASE | Oct 08 2020 22:58:00 | Chase Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 5339397 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 08 2020 18:57:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5339399 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 19:06:43 | LVNV Funding/ Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5339403 | | Email/Text: bankruptcynotices@psecu.com | Oct 08 2020 18:57:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5340246 | + | EDI: RMSC.COM | Oct 08 2020 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5339407 | + | EDI: RMSC.COM | Oct 08 2020 22:58:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5339408 | + | EDI: RMSC.COM | Oct 08 2020 22:58:00 | Synchrony Bank/JC Penneys, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5339409 | + | EDI: RMSC.COM | Oct 08 2020 22:58:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Linda K. Wagner, 309 S. Centre St, Philipsburg, PA 16866-1741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| John S. Bennett | on behalf of Debtor 1 Barry L. Wagner jbennett@shepleylaw.com |
| John S. Bennett | on behalf of Debtor 2 Linda K. Wagner jbennett@shepleylaw.com |
| Leon P. Haller (Trustee) | |

lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | | |
|---|---|---|
| Debtor 1 | **Barry L. Wagner** | Social Security number or ITIN xxx–xx–3226 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Linda K. Wagner** | Social Security number or ITIN xxx–xx–5386 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:20–bk–01957–RNO | |

## Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry L. Wagner                                              Linda K. Wagner

**By the court:**   /s/ Robert N. Opel II

10/8/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2